IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                    CRIMINAL 13-0333CCC

LUIS R. GUZMAN-CUADRADO

Defendant

## ORDER

Having considered the Report and Recommendation filed on September 5, 2013 (**docket entry 25**) on a Rule 11 proceeding of defendant Luis R. Guzmán-Cuadrado before U.S. Magistrate Judge Silvia Carreño-Coll on September 3, 2013, to which no objection has been filed, the same is APPROVED.   Accordingly, the plea of guilty of defendant is accepted.   The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 3, 2013.   The **sentencing hearing is set for December 4, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 24, 2013.


S/CARMEN CONSUELO CEREZO
United States District Judge